1545

FILED

NOV 2 J 2018

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARLINDA MORIARTY<br>DAYNELLE DICKENS<br>JULIE WILSON<br>TAMIKA ADAMS<br>TONY BROWN<br>TERRY ADAMS<br>TERRA DEAN<br>TIONNE STREET<br>KEITH SCOGGINS<br>TIA COLLINS<br>LARITA WALLS<br>LUIS COLUMBIE-ABREW | Criminal No. 18-315<br><br>[UNDER SEAL] |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Eric G. Olshan, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order sealing the Indictment returned in this case, and the Arrest Warrants issued pursuant to said Indictment. In further support of this Motion, the United States avers as follows:

1. The United States has presented an Indictment to the grand jury now in session in the City of Pittsburgh, Pennsylvania.

2. The aforesaid Indictment charges the above-named defendants with violating Title 18, United States Code, Sections 2, 1035(a)(1), 1028A(a)(1), 1347 and 1349.

3. The Indictment has been returned by the grand jury to this Honorable

Court, and Arrest Warrants have been requested by the government.

4. The United States deems it prudent, in the interest of justice and integral to the integrity of the grand jury process that the Indictment returned by the grand jury and Arrest Warrants issued thereby, together with this Motion and Order to Seal, be sealed until further Order of Court to ensure that the arrest of the defendants not be compromised and that the secrecy of the grand jury proceedings be maintained to prevent disclosure of matters occurring before the grand jury.

WHEREFORE, the United States of America respectfully requests that the Court issue an Order sealing the Indictment in this case, and the Arrest Warrants issued thereby, together with this Motion and Order, until further Order of Court.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *[signature]*

ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382