CRITICAL CASE INFORMATION SHEET                              18-315

Pittsburgh ✓         Erie _____         Johnstown _____

Related to No.   18-cr-282, 18-cr-283, 18-cr-284, 18-cr-285 and 17-cv-439         Judge   Bissoon

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ✓ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. ____ All Others

Defendant's name: Tony Brown

Is indictment waived:        ____ Yes    ✓ No

Pretrial Diversion:          ____ Yes    ✓ No

Juvenile proceeding:         ____ Yes    ✓ No

Defendant is:                ✓ Male      ____ Female

Superseding indictment or information   ____ Yes   ✓ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred:    Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | _____ |
| Defendant: | ____ is in custody | ✓ is not in custody |
| Name of Institution: | | _____ |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ✓ no |
| Date detainer filed: | | _____ |
| Total defendants: | 12 | |
| Total counts: | 22 | |
| Data below applies to defendant No.: | 5 | |
| Defendant's name: | Tony Brown | |

## SUMMARY OF COUNTS

| COUNTS | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | ✓ |
| 2 | 18 U.S.C. §§ 1347 and 2 | Health Care Fraud | ✓ |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: **NOV 2 6 2018**

ERIC G. OLSHAN
Assistant U.S. Attorney
IL ID No. 6290382